# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2479
_____

United States of America

*Plaintiff - Appellee*

v.

Brunson Roberts

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: March 25, 2021
Filed: March 31, 2021
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Brunson Roberts appeals after the district court[1] revoked his supervised release and imposed a 30-month prison sentence. His counsel has moved to withdraw, and has filed a brief arguing that the court abused its discretion in sentencing Roberts.

At the revocation hearing, the district court found that Roberts had committed a Grade A violation, and the court imposed a sentence below the applicable advisory Guidelines range. After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Roberts. *See United States v. Miller*, 557 F.3d 910, 915-16 (8th Cir. 2009) (abuse-of-discretion review); *United States v. Perkins*, 526 F.3d 1107, 1110-11 (8th Cir. 2008) (stating that in determining whether the district court has considered relevant sentencing factors, this court reviews the entire sentencing record); *see also United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009) (noting that when the court imposed a below-Guidelines-range sentence, it was "nearly inconceivable" that the court abused its discretion in not varying downward still further). Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.